# INCIDENT/INVESTIGATION REPORT

**Agency Name:** Cobb County Police
**ORI:** GA 0330200
**Case#:** 12-038257
**Date / Time Reported:** 04/08/2012 20:50 Sun
**Last Known Secure:** 04/08/2012 18:55 Sun
**At Found:** 04/08/2012 18:55 Sun

**Location of Incident:** 2141 Austell Rd/pat Mell Rd, Marietta GA 30008-
**Premise Type:** Roadway
**Zone/Tract:** A, 211

## Incident Data

| # | Crime Incident(s) | | Weapon / Tools | | | Activity |
|---|---|---|---|---|---|---|
| #1 | Disorderly Conduct 5311 | (Com) M | NOT APPLICABLE/NONE | | | |
| | Entry | | | Exit | Security | |
| #2 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | Entry | | | Exit | Security | |
| #3 | Crime Incident | ( ) | Weapon / Tools | | | Activity |
| | Entry | | | Exit | Security | |

## Victim

**# of Victims:** 1    **Type:** STATE OF GEORGIA    **Injury:**    **Domestic:** N

**V1 Victim/Business Name:** State Of Georgia
**Victim of Crime #:** 1
**DOB/Age:**
**Race Sex Relationship To Offender:**
**Resident Status:**
**Military Branch/Status:**

**Home Address:**
**Home Phone:**
**Employer Name/Address:**
**Business Phone:**   **Mobile Phone:**

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|
| | | | | | | |

## Others Involved

**CODES:** V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

**Type:** INDIVIDUAL( NON LE )    **Injury:**

**Code:** IO
**Name (Last, First, Middle):** GALCZYNSKI, JOHN
**DOB:** 10/23/1954   **Age:** 57
**Race:** W   **Sex:** M
**Resident Status:** Resident
**Home Address:** 886 Wanda Cir  Marietta, GA 30008
**Home Phone:** 678-887-9094
**Employer Name/Address:** Computers ?, Unknown Address (SELF EMPLOYED)
**Business Phone:** 770-374-6559

**Type:**    **Injury:**
**Code:**   **Name (Last, First, Middle):**

## Property

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI# | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**Officer/ID#:** SCURR, B. R. (2522, PCT2) (1630)
**Invest ID#:** (0)   **Supervisor:** PERRY, J. (2522, PCT2) (0389)

**Complainant Signature**
**Case Status:** Cleared By Arrest   04/08/2012
**Case Disposition:**
Page 1

**Printed By:** STONEM,    **Sys#:** 90337    04/16/2012 10:54:09

INCIDENT/INVESTIGATION REPORT  By: STONEM,  04/16/2012 10:54
Page 2

Cobb County Police

Case# 12-038257

Status Codes: 1 = None  2 = Burned  3 = Counterfeit / Forged  4 = Damaged / Vandalized  5 = Recovered  6 = Seized  7 = Stolen  8 = Unknown

| IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|

DRUGS

Assisting Officers

Suspect Hate / Bias Motivated:

NARRATIVE

While assisting Officer Patel on a Suspicous Person call I was approached by Amy Barnes on a bicycle. Due to her comments and the circumstances in which she made them I arrested her for Disorderly Conduct.