## REPORTING OFFICER NARRATIVE

| | | |
|---|---|---|
| Cobb County Police | | OCA: 12-038257 |
| Victim: Society | Offense: DISORDERLY CONDUCT | Date / Time Reported: Sun 04/08/2012 20:50 |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

While assisting Officer Patel on a Suspicious Person call I was approached by Amy Barnes on a bicycle. As Barnes rode by Officer Patel and I she held her middle finger up and stated "Fuck the Police." and "the fucking police such". Barnes made these statements that I believe were intended to breach the peace and vulgar in nature while making the obscene gesture in the presence of several children under the age of 16 who were standing at the same intersection at which Officer Patel and I were investigating the suspicious person.

I got into my patrol vehicle and found Barnes not far from the intersection. I told her to stop the bicycle and she said she didn't have to. I again asked her to stop and started to move towards her to physically stop her and she stopped. I arrested Barnes and Officer Patel searched her incident to arrest. I asked Barnes for her I.D. and she stated she wasn't going to give it to me. I asked her for her name and DOB and she stated she wasn't going to give it to me and that was her right. Barnes also stated I was infringing on her right to free speech. I explained to Barnes that she did not have the right to use language without provocation that is opprobrious or abusive in the presence of juveniles under the age of 16. I asked Barnes for her address so that I could drop her bicycle off and she would not provide it. There was a small bag attached to the handlebars of the bicycle. I looked inside the bag for a I.D. and found one belonging to the accused, Amy Barnes.

I went to the address on her I.D. and upon arrival I asked her if anyone was home. She said her husband was but that he won't answer the door of it is the Police. I knocked on the door and advised it was Cobb Police and that I was dropping Barnes property off. John Galczynski then came to the door and asked what was going on. I explained the incident to him and he agreed to take Barnes' property. John asked if he drew up a Power of Attorney if I would let Barnes sign it. Barnes stated she wanted to so I allowed her to sign it while handcuffed.

I transported Barnes to Cobb ADC without incident and obtained warrant #12-W-3349 on her for Disorderly Conduct.

Reporting Officer: SCURR, B. R.
Printed By: STONEM,     04/16/2012 10:54

Page 3

## Incident Report Suspect List

Cobb County Police

OCA: 12-038257

| # | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| 1 | Barnes, Amy Elizabeth | | 886 WANDA CIR<br>MARIETTA, GA 30008<br>678-887-7604 |
| | Business Address | | |

| DOB. | Age | Race | Sex | Eth | Hgt | Wgt | Hair | Eye | Skin | Driver's License / State. |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/18/1982 | 29 | W | F | N | 503 | 116 | BRO | BLU | | 057381100 GA |

Scars, Marks, Tattoos, or other distinguishing features

| Reported Suspect Detail | Suspect Age | Race | Sex | Eth | Height | Weight | SSN |
|---|---|---|---|---|---|---|---|
| Weapon, Type | Feature | Make | Model | | Color | Caliber | Dir of Travel |
| VchYr/Make/Model | | Drs | Style | Color | Lic/St | | Mode of Travel / VIN |

Notes

Physical Char

R_CS8IBR    Printed By: STONEM,    04/16/2012 10:54

Page 4