

# COUNTS LAW GROUP
ATTORNEYS AT LAW

July 8, 2014

**VIA U.S. MAIL**

James M. Hatten, Clerk of Court
Northern District of Georgia
Richard B. Russell Federal Bldg.
75 Spring Street, SW
2211 U.S. Courthouse
Atlanta, Georgia  30303-3361

Re:   *Barnes v. Cobb County*
      File No. 1:14-CV-00948-TWT

Dear Clerk:

Enclosed please find an original and one copy of a Notice of Leave of Absence for the period of September 8 through September 21, 2014 for Cynthia L. Counts.

Please file the original and return the copy stamped filed in the enclosed, self-addressed, stamped envelope.

Thank you for your assistance in this matter, and please contact me if you have any questions.

Sincerely yours,

Cynthia Counts

Enclosures
CLC:hjr

cc:   The Honorable Honorable Thomas W. Thrash, Jr.
      H. William Rowling, Jr.
      Amy Barnes