## Exhibit A to A. Barnes' Initial Disclosures

1. Plaintiff, who may be contacted through counsel
2. Defendants
3. Annette Pedigo, (404) 285-4146, 868 Bonnie Glen Dr. SE, Marietta, GA 30067
4. John Galczynski, no phone, 886 Wanda Circle SW, Marietta, GA 30008.