## <u>Exhibit C to A. Barnes' Initial Disclosures</u>

Plaintiff has possession, custody, or control of the following documents, electronically stored information, or other tangible things that will be used to support her claims:

1.  All documents and electronically stored information listed in Plaintiff's Complaint.

2.  Several recordings of Plaintiff's arrest from the camera in Defendant Scurr's patrol car.

3. The Cobb County Police Department's incident report regarding Plaintiff's arrest for disorderly conduct.

4.  Any other documents identified by Plaintiff or Defendants in their Initial Disclosures or Discovery.

5.  The court's dismissal of the criminal prosecution against Amy Barnes

6.  Letters and emails sent to the District Attorney regarding the criminal prosecution against Amy Barnes.