

**COBB COUNTY ATTORNEY'S OFFICE**

100 Cherokee Street, Suite 350
Marietta, Georgia 30090-7003
770-528-4000 • fax: 770-528-4010

Deborah L. Dance
*County Attorney*

July 18, 2014

Courtroom Deputy Clerk
for the Honorable Thomas W. Thrash, Jr
Judge, United States District Court
75 Spring Street, S.W., Room 2188
Atlanta, GA 30303

RE:  *Amy Barnes v. Cobb County, et al.*
     United States District Court Civil No: 1:14-cv-00948-TWT

Dear Clerk:

On the following dates I will be unavailable for court appearances due to family vacation and family events:

> August 12 – 13, 2014
> September 11 – 12, 2014
> September 17 – 19, 2014

As lead counsel in the above-captioned matter, I hereby request that the above case not be calendared during these periods of time of my absence.

Your assistance in this matter is appreciated.

Cordially,

H. William Rowling, Jr.
Deputy County Attorney

HWR:pm
cc:   Cynthia Counts
      Gerald Weber