IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY BARNES, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COBB COUNTY, GEORGIA, ) <br> OFFICERS BRIAN SCURR, and ) <br> DIPA PATEL, in their individual capacity, ) <br> ) <br> Defendants. ) <br> _____) | CIVIL ACTION FILE NO.: <br> 1:14-cv-00948-TWT |

**CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY REPORT AND TO STAY ALL PROCEEDINGS AND DEADLINES**

Plaintiff moves, and Defendants consent, to an extension to December 1, 2014 to file the Joint Preliminary Report and Discovery Plan and to stay all proceedings and deadlines to give the parties an additional window to attempt to finalize a resolution of this case.

Respectfully submitted this 21st day of August, 2014.

/s Cynthia L. Counts\_\_\_
Cynthia L. Counts
Georgia Bar No. 190280

The Counts Law Group
400 Colony Square, Suite 200
1201 Peachtree Street NE
Atlanta, Georgia  30361

Phone:  (404) 550-6233
Fax:     (404) 521-4013
email:  ccounts@lawcounts.com

/s Gerald Weber
Gerald Weber
Georgia Bar No. 744878

Law Offices of Gerry Weber, LLC
Post Office Box 5391
Atlanta, Georgia 31107
Telephone: (404) 522-0507
Email: wgerryweber@gmail.com

/s/ H. William Rowling, Jr.
H. William Rowling, Jr.

100 Cherokee Street, Suite 350
Marietta, GA 30090
Lead Attorney for Defendants

Local Rule 7.1(D) Certificate

This is to certify that the foregoing **CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY REPORT AND TO STAY ALL PROCEEDINGS AND DEADLINES** has been prepared with one of the font and point selections approved by the Court in LR 5.1B: Times New Roman, 14 point.

/s Cynthia L. Counts
Cynthia L. Counts

IN THE UNITED STAES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY BARNES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COBB COUNTY, GEORGIA, )<br>OFFICERS BRIAN SCURR, and )<br>DIPA PATEL, in their individual capacity, )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION FILE NO.:<br>1:14-cv-00948-TWT |

CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed **CONSENT MOTION FOR EXTENSION OF TIME TO FILE JOINT PRELIMINARY REPORT AND ALL PROCEEDINGS AND DEADLINES** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

H. William Rowling, Jr.
Deborah L. Dance
100 Cherokee Street, Suite 350
Marietta, GA 30090

Respectfully submitted this __th day of August, 2014.

s/ Cynthia L. Counts
Cynthia L. Counts

4

                                      Georgia Bar No. 190280

Counts Law Group
400 Colony Square, Suite 200
1201 Peachtree Street NE
Atlanta, Georgia  30361
Phone:  (404) 550-6233
Fax:     (404) 521-4013
email:  ccounts@lawcounts.com