IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY BARNES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION FILE NO.: |
| ) | 1:14-cv-00948-TWT |
| COBB COUNTY, GEORGIA, ) | |
| OFFICERS BRIAN SCURR, and ) | |
| DIPA PATEL, in their individual capacity, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

## [PROPOSED] CONSENT ORDER

By consent of the parties, this Court hereby GRANTS Plaintiff's motion for an extension to December 1, 2014 to file the Joint Preliminary Report and Discovery Plan and STAYS through December 1, 2014 all proceedings and deadlines to give the parties an additional window to attempt to finalize a resolution of this case.

SO ORDERED: This the ___ day of August, 2014.

_____
Thomas W. Thrash, Jr.
United States District Judge