UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMY BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION |
| | * | FILE NO. 1:14-cv-00948-TWT |
| COBB COUNTY, GEORGIA, | * | |
| OFFICERS BRIAN SCURR, and | * | |
| DIPA PATEL, in their individual | * | |
| capacity, | * | |
| | * | |
| Defendants. | * | |

## **NOTICE OF SETTLEMENT**

Plaintiff and Defendants hereby give notice that they have reached an agreement to settle all claims asserted in this action. The Parties ask the Court to stay all deadlines in the case, so as to give the Parties time to implement and document their settlement agreement.

This document was prepared using Times New Roman 14 point font.

This 9th day of December, 2014.

|  |  |
|---|---|
|  | COBB COUNTY ATTORNEY'S OFFICE |
|  | Attorneys for Cobb Defendants |
|  | By:/s/*H. William Rowling, Jr.* |
|  | H. WILLIAM ROWLING, JR. |
|  | Deputy County Attorney |
| 100 Cherokee Street, Suite 350 | State Bar No. 617225 |
| Marietta, GA 30090 | LAUREN S. BRUCE |
| 770-528-4000 (phone) | Associate County Attorney |
| 770-528-4010 (facsimile) | State Bar No. 796642 |

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMY BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION |
| | * | FILE NO. 1:14-cv-00948-TWT |
| COBB COUNTY, GEORGIA, et al. | * | |
| | * | |
| Defendants. | * | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the Notice of Settlement with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Cynthia L. Counts  
Counts Law Group  
400 Colony Square, Suite 200  
Atlanta, GA 30361

Gerald Weber  
Law Offices of Gerry Weber, LLC  
PO Box 5391  
Atlanta, GA 31107

This the 9th day of December, 2014.

COBB COUNTY ATTORNEY'S OFFICE  
Attorney for Cobb Defendants

By:/s/*H. William Rowling, Jr.*  
   H. WILLIAM ROWLING, JR.  
   Deputy County Attorney  
   State Bar No. 617225

100 Cherokee Street, Suite 350  
Marietta, GA 30090  
770-528-4000 (phone)