IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY BARNES<br><br>　　　　Plaintiff<br><br>v.<br><br>COBB COUNTY, GEORGIA,<br>OFFICERS BRIAN SCURR and<br>DIPA PATEL, in their individual<br>capacity<br><br>　　　　Defendants | CIVIL ACTION NO.<br>　1:14cv0948-TWT |

O R D E R

At the request of the parties in the filed Notice of Settlement, the Court STAYS all deadlines to allow parties to implement and document their settlement agreement.

SO ORDERED, this 12th day of December, 2014.

　　　　　　　　　　　　　　　　/s/Thomas W. Thrash
　　　　　　　　　　　　　　　　THOMAS W. THRASH, JR.
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE