UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| AMY BARNES, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION |
| | * | FILE NO. 1:14-cv-00948-TWT |
| COBB COUNTY, GEORGIA, | * | |
| OFFICERS BRIAN SCURR, and | * | |
| DIPA PATEL, in their individual | * | |
| capacity, | * | |
| | * | |
| Defendants. | * | |

**STIPULATED DISMISSAL WITH PREJUDICE**
**OF CLAIMS AGAINST ALL DEFENDANTS**

COME NOW, the Plaintiff and the Defendants herein, and, pursuant to the provisions of Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, hereby dismiss the above-styled civil action WITH PREJUDICE. Each party to pay its own fees and costs.

This document was prepared using Times New Roman 14 point font.

**CERTIFICATE OF TYPE STYLE**

This document was prepared using Times New Roman 14 point font.

Respectfully submitted this 19th day of December, 2014.

By: /s/Cynthia L. Counts
Cynthia L. Counts
State Bar No. 190280

The Counts Law Group
400 Colony Square, Suite 200
1201 Peachtree Street NE
Atlanta, GA 30361
404-550-6233

By: /s/Gerald Weber
Gerald Weber
State Bar No. 744878

Law Offices of Gerry Weber, LLC
PO Box 5391
Atlanta, GA 31107
404-522-0507

COBB COUNTY ATTORNEY'S OFFICE
Attorneys for Defendants

By: /s/H. William Rowling, Jr.
H. WILLIAM ROWLING, JR.
Deputy County Attorney
State Bar No. 617225
DEBORAH L. DANCE
County Attorney
State Bar No. 203765

100 Cherokee Street, Suite 350
Marietta, GA  30090
770-528-4000 (phone)
770-528-4010 (facsimile)

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AMY BARNES, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   CIVIL ACTION |
| | *   FILE NO. 1:14-cv-00948-TWT |
| COBB COUNTY, GEORGIA, | * |
| OFFICERS BRIAN SCURR, and | * |
| DIPA PATEL, in their individual | * |
| capacity, | * |
| | * |
| Defendants. | * |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the Stipulation With Dismissal with Prejudice of Claims Against Defendants with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Cynthia L. Counts                Gerald Weber
Counts Law Group                 Law Offices of Gerry Weber, LLC
400 Colony Square, Suite 200     PO Box 5391
Atlanta, GA 30361                Atlanta, GA 31107

This the 19th day of December, 2014.

By:/s/H. William Rowling, Jr.
    H. WILLIAM ROWLING, JR.
    Deputy County Attorney
100 Cherokee Street, Suite 350      State Bar No. 617225
Marietta, GA 30090                   Attorney for Defendants
770-528-4000 (phone)